# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO SANCHEZ, | § | |
| | § | |
| | § | Civil Action No. 4:16-CV-00481 |
| v. | § | (Judge Schell/Judge Johnson) |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 24, 2017, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that the decision of the Commissioner be remanded.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the decision of the Commissioner is hereby **REMANDED** for further review consistent with the recommendations set forth in the report of the Magistrate Judge.

**IT IS SO ORDERED**.

SIGNED this the 17th day of May, 2017.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE